UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,**
as Broadcast Licensee of the **July 16, 2005**

**HOPKINS/TAYLOR** Program,

                    Plaintiff,

   -against-

RUDDY K. MURPHY, Individually and d/b/a
JUST HAIR, INC. a/k/a JUST HAIR, and JUST
HAIR, INC. a/k/a JUST HAIR,

                    Defendants.
-------------------------------------------------------------

**NOTICE OF SETTLEMENT
AND
ADMINISTRATIVE DISMISSAL**

Civil Action No. CV-06-337
HON. FREDERIC BLOCK

PLEASE TAKE NOTICE THAT Plaintiff J & J SPORTS PRODUCTIONS, INC. (hereinafter "Plaintiff"), hereby notifies the Court that it has settled and compromised the within and foregoing action as against the defendant and no party named herein being an infant or incompetent, Plaintiff herewith notifies the Court of the settlement of this action with prejudice.

This is based upon a settlement made between Plaintiff and the above referenced Defendants, wherein Defendants will pay a certain consideration over a period of time not to exceed March 30, 2007. The Clerk's Office, in its discretion, is authorized to administratively close this case due to this settlement. However, the Plaintiff specifically reserves the right, in the event of any non-payment, to reopen and reinstate its claim against Defendant. Alternatively, upon completion of the terms of this settlement, Plaintiffs will dismiss their claims against the Defendant pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: May 30, 2006
       Ellenville, New York

                                            **J & J SPORTS PRODUCTIONS, INC.**

By: /s/ Julie Cohen Lonstein
JULIE COHEN LONSTEIN , ESQ.
Attorney for Plaintiff
Bar Roll No. JL8521
LONSTEIN LAW OFFICE, P.C.
Office and P.O. Address
1 Terrace Hill : P.O. Box 351
Ellenville, NY  12428
Telephone:  (845) 647-8500
Facsimile:   (845) 647-6277
Our File No. 05-10-E25

SO ORDERED this 31 day of MAY 2006 


HONORABLE FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The foregoing document was duly served on the following:

Arthur Edwards, Esq.
572 Flatbush Ave.
Brooklyn, NY 11225
*Attorney for Defendant*

via United States Postal Service, postage prepaid on this 30th day of May, 2006.

/s/  Julie Cohen Lonstein
JULIE COHEN LONSTEIN